**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **PYNQ Logistics Services, INC.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  PLS, Inc** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-2404493** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4900 Hopyard Road, Suite 100 Pleasanton, CA 94588** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Alameda** <br> County | **Location of principal assets, if different from principal place of business** <br> **4900 Hopyard Road, Suite 100 Pleasanton, CA 94588** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4922__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **PYNQ Logistics Services, INC.**
_____
Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Case: 24-40754    Doc# 1    Filed: 05/22/24    Entered: 05/22/24 11:49:36    Page 3 of 40

☐ $50,001 - $100,000   ☐ $10,000,001 - $50 million   ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 22, 2024**
               MM / DD / YYYY

X **/s/ Tara Wright**                                         **Tara Wright**
Signature of authorized representative of debtor              Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Trang Do**                                          Date   **May 22, 2024**
Signature of attorney for debtor                                   MM / DD / YYYY

**Trang Do 339380**
Printed name

**Law Offices of Trang Do**
Firm name

**1879 Lundy Ave Suite 212**
**San Jose, CA 95131**
Number, Street, City, State & ZIP Code

Contact phone   **408-770-3176**          Email address   **trang@trangdolaw.com**

**339380 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **PYNQ Logistics Services, INC.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 22, 2024**          *X /s/ Tara Wright*
                                        Signature of individual signing on behalf of debtor

                                        **Tara Wright**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1. **_Schedule A/B: Assets-Real and Personal Property_** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................... $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................... $ **4,327.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................. $ **4,327.00**

| Part 2: | **Summary of Liabilities** |
|---|---|

2. **_Schedule D: Creditors Who Have Claims Secured by Property_** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ **845,705.00**

3. **_Schedule E/F: Creditors Who Have Unsecured Claims_** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................. +$ **368,198.03**

4. **Total liabilities** .........................................................................................................
Lines 2 + 3a + 3b          $ **1,213,903.03**

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.     **Mutual funds or publicly traded stocks not included in Part 1**
         Name of fund or stock:

15.     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
         Name of entity:                                    % of ownership

| | | | |
|---|---|---|---|
| 15.1. **Incorprated Business- PYNQ Inc** | % | | $0.00 |

Case: 24-40754   Doc# 1   Filed: 05/22/24   Entered: 05/22/24 11:49:36   Page 8 of 40

15.2.   **Incorporated Business- PYNQ Transport Inc**   **100 %** %   _____   **Unknown**

---

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.   **Total of Part 4.**
Add lines 14 through 16.  Copy the total to line 83.

| | |
|---|---|
| | **$0.00** |

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.   Raw materials** | | | | |
| **20.   Work in progress** | | | | |
| **21.   Finished goods, including goods held for resale** | | | | |
| **22.   Other inventory or supplies** **See Attached List** | | **Unknown** | | **Unknown** |
| **Uniform Items(New)** | **05/08/2023** | **$0.00** | | **$4,144.00** |

23.   **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

| | |
|---|---|
| | **$4,144.00** |

24.   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value  _____  Valuation method _____  Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office Funiture and Fixtures** | **Unknown** | | **$183.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.

   | | |
   |---|---|
   | | **$183.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☑ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Delivery Truck (VIN 74297)** | **$0.00** | | **Unknown** |
| 47.2. **Delivery Truck (VIN 74303)** | **$0.00** | | **Unknown** |
| 47.3. **Delivery Truck (VIN 74298)** | **$0.00** | | **Unknown** |
| 47.4. **2017 Dodge Caravan(VIN 48940)** | **$0.00** | | **Unknown** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
   **Office Scanners, Printers, and Computer** | **$25,445.00** | | **Unknown**

51.  **Total of Part 8.**                                                                    | $0.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** **Licenses and/or Franchises** | Unknown | N/A | Unknown |
| 63.  **Customer lists, mailing lists, or other compilations** **Map Maker Database** | Unknown | N/A | Unknown |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**                                                                   | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

Case: 24-40754   Doc# 1   Filed: 05/22/24   Entered: 05/22/24 11:49:36   Page 11 of 40

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor **PYNQ Logistics Services, INC.**
Name

Case number *(If known)* _____

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,144.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $183.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,327.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,327.00 |

Debtor name   **PYNQ Logistics Services, INC.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1   Byline Bank(SBA)**
Creditor's Name

**Attn: Bankruptcy**
**409 3rd Street**
**Washington, DC 20416**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**01/2024**
**Last 4 digits of account number**
**8200**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Security blanket lien on all assets**

**Describe the lien**
**Other: SBA Loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$460,419.00**
Value of collateral: **Unknown**

---

**2.2   Magarino Enterprises, Inc.**
Creditor's Name

**4955 North Bank Road**
**Crescent City, CA 95531**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**02/01/2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Security blanket lien on all assets**

**Describe the lien**
**Other: UCC 1**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$385,286.00**
Value of collateral: **Unknown**

Case: 24-40754   Doc# 1   Filed: 05/22/24   Entered: 05/22/24 11:49:36   Page 14 of 40

Debtor    **PYNQ Logistics Services, INC.**                     Case number (if known) _____
          Name

■ No                    ☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its   ☐ Disputed
relative priority.

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$845,705.00** |

---

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bay Area Escrow Services**<br>**2817 Crow Canyon Road Suite 102**<br>**San Ramon, CA 94583** | Line __2.2__ | |
| **Byline Park**<br>**13925 West North Avenue**<br>**Brookfield, WI 53005** | Line __2.1__ | **8200** |
| **Travis Eliason**<br>**Clark Hill**<br>**130 Randolph St Suite 3900**<br>**Chicago, IL 60601** | Line __2.1__ | |

Case: 24-40754   Doc# 1   Filed: 05/22/24   Entered: 05/22/24 11:49:36   Page 15 of 40

Debtor name    **PYNQ Logistics Services, INC.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
**Accurate Drug Testing**

As of the petition filing date, the claim is: *Check all that apply.*    **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5929**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
**Arcata Used Tire and Wheel**

As of the petition filing date, the claim is: *Check all that apply.*    **$403.05**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8439**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
**Bartlett Group**

As of the petition filing date, the claim is: *Check all that apply.*    **$1,737.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4002**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
**CA DMV**
**Attn: Bankruptcy**
**PO Box 942869**

As of the petition filing date, the claim is: *Check all that apply.*    **$12,576.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

Case: 24-40754   Doc# 1   Filed: 05/22/24   Entered: 05/22/24 11:49:36   Page 16 of 40

56749

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,380.00 |
| --- | --- | --- | --- |

**Chauvel & Glatt, LLP**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0380**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $590.71 |
| --- | --- | --- | --- |

**Del Norte Tire**
**850 Northcrest Dr**
**Crescent City, CA 95531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt.**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,532.82 |
| --- | --- | --- | --- |

**Harbor Park & Sell**
**97864 Shopping ctr**
**  OR 97514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lease Holder**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,383.74 |
| --- | --- | --- | --- |

**NAPA Auto Parts - MorJon Inc.**
**137 E Washington Blvd,**
**Crescent City, CA 95531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt.**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,495.06 |
| --- | --- | --- | --- |

**Nick Barbieri Trucking LLC**
**3471 N. State St**
**Ukiah, CA 95482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt.**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.75 |
| --- | --- | --- | --- |

**Norman Dry Cleaners and Laundry Service**
**973 Myrtle Avenue**
**Eureka, CA 95501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt.**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,735.00 |
| --- | --- | --- | --- |

**Possinger Law Group**
**PO Box 981**
**Woodinville, WA 98702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $178.63 |
|---|---|---|---|

**Renner**
**110 D Street**
**Crescent City, CA 95531**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt.**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,431.00 |
|---|---|---|---|

**Sholes Overhead Door Inc.**
**33 Chartin Rd**
**Blue Lake, CA 95525**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,908.53 |
|---|---|---|---|

**Silicon Ledger Consulting, LLC**
**5511 Virginia Way Ste 400**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $213,299.28 |
|---|---|---|---|

**Wayne and Tara Wright**
**3958 W Las Positas Blvd**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Other: Loan**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**William Hester**
**1845 Victor Blvd**
**Arcata, CA 95521**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Leaseholder**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**William Hester**
**1454 Pedro Rd**
**McKinleyville, CA 95519**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **LeaseHolder**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,105.96 |
|---|---|---|---|

**Williams Automotive Repair**
**228 3rd Street**
**Eureka, CA 95501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor   **PYNQ Logistics Services, INC.**                                  Case number (*if known*) _____
         _____
         Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 368,198.03 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 368,198.03 |

Fill in this information to identify the case:

Debtor name  **PYNQ Logistics Services, INC.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Lessee** |
|  | |
| State the term remaining — **month to month** | **Harbor Park & Sell** |
| List the contract number of any government contract | **97864 Shopping ctr**  **OR 97514** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **Lessee** |
|  | |
| State the term remaining | **Mor-Jon, Inc** |
| List the contract number of any government contract | **137 E Washington Blvd**  **Crescent City, CA 95531** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest | **Lease location for Truck Storage** |
|  | |
| State the term remaining — **month to month** | **William Hester** |
| List the contract number of any government contract | **1454 Pedro Road**  **McKinleyville, CA 95519** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest | **Lease of location for truck storage lessee** |
|  | |
| State the term remaining | **William Hester** |
| List the contract number of any government contract | **1845 Victor Blvd**  **Arcata, CA 95521** |

Fill in this information to identify the case:

Debtor name  **PYNQ Logistics Services, INC.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Tara Wright** | **39585 W Las Positas Blvd** <br> **Pleasanton, CA 94588** | **Byline Bank(SBA)** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Wayne Arthur Wright Jr.** | **3958 W Las Positas Blvd** <br> **Pleasanton, CA 94588** | **Byline Bank(SBA)** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

Case: 24-40754    Doc# 1    Filed: 05/22/24    Entered: 05/22/24 11:49:36    Page 21 of 40

**Fill in this information to identify the case:**

Debtor name    **PYNQ Logistics Services, INC.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$0.00** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$526,633.00** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$1,648,582.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | **Interest Earned** | **$207.00** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | **Interest Earned** | **$306.00** |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Case: 24-40754    Doc# 1    Filed: 05/22/24    Entered: 05/22/24 11:49:36    Page 22 of 40

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Tara Wright**<br>**4900 Hopyard Rd Suite 100,**<br>**Pleasanton, CA 94588**<br>**President** | | **$53,781.31** | **Wage for handling closure of operation and dealing with creditors** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Byline Bank**<br>**Attn: Bankruptcy**<br>**409 3rd Street**<br>**Washington, DC 20416** | **Delivery Truck (VIN 47610)** | | **Unknown** |
| **Byline Bank**<br>**Attn: Bankruptcy**<br>**409 3rd Street**<br>**Washington, DC 20416** | **Delivery Truck (VIN 35224)** | | **Unknown** |
| **Byline Bank**<br>**Attn: Bankruptcy**<br>**409 3rd Street**<br>**Washington, DC 20416** | **Delivery Truck (VIN Y5895)** | | **Unknown** |
| **Byline Bank**<br>**Attn: Bankruptcy**<br>**409 3rd Street**<br>**Washington, DC 20416** | **Delivery Truck (VIN G4971)** | | **Unknown** |
| **Byline Bank**<br>**Attn: Bankruptcy**<br>**409 3rd Street**<br>**Washington, DC 20416** | **Delivery Truck (VIN 06256)** | | **Unknown** |
| **Lien Machine** | **Delivery Truck (VIN 74300) sold at auction by Lien Machine .** | **4/8/2024** | **Unknown** |
| **Byline Bank**<br>**Attn: Bankruptcy**<br>**409 3rd Street**<br>**Washingotn, DC 20461** | **Delivery Truck (VIN 12400)** | | **Unknown** |

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Byline Bank**<br>**Attn: Bankruptcy**<br>**409 3rd Street**<br>**Washington, DC 20416** | **Delivery Truck (VIN 30971)** | | **Unknown** |
| **Byline Bank**<br>**Attn: Bankruptcy**<br>**409 3rd Street**<br>**Washington, DC 20416** | **Dilivery Truck (VIN36762)** | | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Byline Bank (SBA)**<br>**Attn: Bankruptcy 409 3rd Street,**<br>**Washington, DC 20416** | **Byline repossessed the following vehicles:**<br>**VIN 4UZAARFD7JCKG4971 (441747)**<br>**VIN4UZAARDU7DCBY5895 (86991)**<br>**VIN1FDBF8PM7JKA47610 (430360)**<br>**VIN5B4KP42U453406256 (320252)**<br>Last 4 digits of account number: _____ | **03/2024** | **Unknown** |

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **PYNQ Logistics Services, Inc.**<br>**v. Fedex Ground Packaging**<br>**System**<br>**4:23-cv-05881** | **Civil Complaint** | **United State District Court**<br>**Northern** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☐ None

Case: 24-40754   Doc# 1   Filed: 05/22/24   Entered: 05/22/24 11:49:36   Page 24 of 40

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **N/a** | **Gift** | **12/27/2022** | **$2,700.00** |
| Recipients relationship to debtor **Employee** | | | |

---

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.<br><br>**Law Offices of Trang Do<br>1879 Lundy Ave., suite 212<br>San Jose, CA 95131** | **Debtor has paid to Law Offices of Trang Do the sum of $7,500.00 for this Chapter 7 case. Debtor has also agreed to pay Law Offices of Trang Do for extraordinary services, if such are necessary, at the rate of $425 per hour.** | **05/17/2023** | **$7,500.00** |
| Email or website address **www.trangdolaw.com** | | | |
| Who made the payment, if not debtor? | | | |
| 11.2. **Possinger Law Group, PLLC<br>20250 144th Ave NE STE 205,,<br>Woodinville, WA 98072** | **Retainer for civil litigation** | | **$24,185.49** |
| Email or website address **www.possingerlaw.com** | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

Case: 24-40754   Doc# 1   Filed: 05/22/24   Entered: 05/22/24 11:49:36   Page 25 of 40

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **616 Martin Way, Eureka, CA 95503** | **10/31/2020 to  5/31/2023** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

       ☐ No Go to Part 10.
       ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Calsavers** | EIN:  **85-2404493** |

       Has the plan been terminated?
       ■ No
       ☐ Yes

Case: 24-40754   Doc# 1   Filed: 05/22/24   Entered: 05/22/24 11:49:36   Page 26 of 40

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase Bank** | **XXXX-9995** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Operating Account** | **12/22/2023** | **$0.00** |
| 18.2. | **Chase Bank** | **XXXX-0962** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Payroll Account** | **12/22/2023** | **$0.00** |
| 18.3. | **Chase (Amazon Checking)** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **05/31/2023** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

Case: 24-40754    Doc# 1    Filed: 05/22/24    Entered: 05/22/24 11:49:36    Page 27 of 40

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1.    **PYNQ Transport Inc 4900 Hopyard Rd Suite 100, Pleasanton, CA 94588** | **Undefined** | **EIN:**    **88-2568187** <br> **From-To**   **05/20/2022** |

Case: 24-40754    Doc# 1    Filed: 05/22/24    Entered: 05/22/24 11:49:36    Page 28 of 40

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.2. **PYNQ, Inc.**<br>**4900 Hopyard Rd Suite 100**<br>**Pleasanton, CA 94588** | **Rideshare** | EIN:    **84-2805891**<br><br>From-To   **08/16/2019 to 08/05/2020** |
| 25.3. **Amazon FBA**<br>**3837 Hollywood Blvd Suite A,**<br>**Hollywood, FL 33021** | | EIN:<br><br>From-To   **11/03/2022** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **CASA Tax & Accounting**<br>**535 Green Street**<br>**San Francisco, CA 94133** | **10/21/2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Allan Mendell** | **02/08/2023 to**<br>**05/18/2023** |
| Name and address | Date of service<br>From-To |
| 26b.2. **Pie Insurance**<br>**1755 Blake St 5th floor**<br>**Denver, CO 80202** | **11/01/2020 to**<br>**05/22/2023** |
| Name and address | Date of service<br>From-To |
| 26b.3. **Byline Bank**<br>**10 W Martingale Rd Suite 100**<br>**Schaumburg, IL 60173** | **12/31/2022** |
| Name and address | Date of service<br>From-To |
| 26b.4. **Rapid Ratings** | **11/01/2021**<br>**to11/01/2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1. **CASA Tax & Accounting**<br>**535 Green Street**<br>**San Francisco, CA 94133** | |
| 26c.2. **Tara Wright**<br>**3958 W Las Positas Blvd**<br>**Pleasanton, CA 94588** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Tara Wright** | **05/20/2023** | **unknown** |

| Name and address of the person who has possession of inventory records |
|---|
| **Tara Wright**<br>**3958 W Las Positas Blvd,**<br>**Pleasanton, CA 94588** |

| | Name | Date | Amount |
|---|---|---|---|
| 27.2. | **Tara Wright** | **05/08/2023** | **$4144.00** |

| Name and address of the person who has possession of inventory records |
|---|
| **Tara Wright**<br>**3958 W Las Positas Blvd,**<br>**Pleasanton, CA 94588** |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tara Wright** | **3958 W Las Positas Blvd**<br>**Pleasanton, CA 94588** | **President** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Wayne Wright Jr** | **3958 W Las Positas Blvd**<br>**Pleasanton, CA 94588** | **Vice President** | **50** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Tara Wright**<br>**39585 W Las Positas Blvd**<br>**Pleasanton, CA 94588**<br><br>**Relationship to debtor**<br>**President** | **27,750.00** | **5/26/2023**<br>**8/11/2023**<br>**8/17/2023**<br>**8/23/2023**<br>**8/30/2023**<br>**9/06/2023**<br>**9/13/2023**<br>**9/20/2023**<br>**9/27/2023**<br>**10/04/2023**<br>**10/11/2023**<br>**10/18/2023**<br>**10/25/2023**<br>**11/01/2023**<br>**11/8/2023**<br>**11/15/2023**<br>**11/21/2023**<br>**11/21/2023**<br>**12/08/2023** | **Wage for handling closure of operation and dealing with creditors** |
| 30.2. | **Wayne Wright Jr**<br>**39585 W Las Positas Blvd**<br>**Pleasanton, CA 94588**<br><br>**Relationship to debtor**<br>**Vice President** | **27,750.00** | **5/26/2023**<br>**8/11/2023**<br>**8/17/2023**<br>**8/23/2023**<br>**8/30/2023**<br>**9/06/2023**<br>**9/13/2023**<br>**9/20/2023**<br>**9/27/2023**<br>**10/04/2023**<br>**10/11/2023**<br>**10/18/2023**<br>**10/25/2023**<br>**10/25/2023**<br>**11/08/2023**<br>**11/15/2023**<br>**11/01/2023**<br>**11/21/2023**<br>**11/29/2023**<br>**12/08/2023** | **Wage for handling closure of operation and dealing with creditors** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Calsavers** | **EIN:**     **85-2404493** |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 22, 2024**

**/s/ Tara Wright**                                   **Tara Wright**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No
☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                    Case No.

**PYNQ Logistics Services, INC.**

_____ Debtor(s).          /

<u>**CREDITOR MATRIX COVER SHEET**</u>

    I declare that the attached Creditor Mailing Matrix, consisting of __4__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **May 22, 2024**

**/s/ Trang Do**
_____
Signature of Debtor's Attorney or Pro Per Debtor

Accurate Drug Testing

Arcata Used Tire and Wheel

Bartlett Group

Bay Area Escrow Services
2817 Crow Canyon Road Suite 102
San Ramon, CA 94583

Byline Bank(SBA)
Attn: Bankruptcy
409 3rd Street
Washington, DC 20416

Byline Park
13925 West North Avenue
Brookfield, WI 53005

CA DMV
Attn: Bankruptcy
PO Box 942869

Chauvel & Glatt, LLP

Del Norte Tire
850 Northcrest Dr
Crescent City, CA 95531


Harbor Park & Sell
97864 Shopping ctr
OR 97514


Magarino Enterprises, Inc.
4955 North Bank Road
Crescent City, CA 95531


Mor-Jon, Inc
137 E Washington Blvd
Crescent City, CA 95531


NAPA Auto Parts - MorJon Inc.
137 E Washington Blvd,
Crescent City, CA 95531


Nick Barbieri Trucking LLC
3471 N. State St
Ukiah, CA 95482


Norman Dry Cleaners and Laundry Service
973 Myrtle Avenue
Eureka, CA 95501


Possinger Law Group
PO Box 981
Woodinville, WA 98702

Renner
110 D Street
Crescent City, CA 95531


Sholes Overhead Door Inc.
33 Chartin Rd
Blue Lake, CA 95525


Silicon Ledger Consulting, LLC
5511 Virginia Way Ste 400
Brentwood, TN 37027


Tara Wright
39585 W Las Positas Blvd
Pleasanton, CA 94588


Travis Eliason
Clark Hill
130 Randolph St Suite 3900
Chicago, IL 60601


Wayne and Tara Wright
3958 W Las Positas Blvd
Pleasanton, CA 94588


Wayne Arthur Wright Jr.
3958 W Las Positas Blvd
Pleasanton, CA 94588


William Hester
1845 Victor Blvd
Arcata, CA 95521

```
William Hester
1454 Pedro Rd
McKinleyville, CA 95519


William Hester
1454 Pedro Road
McKinleyville, CA 95519


Williams Automotive Repair
228 3rd Street
Eureka, CA 95501
```

# United States Bankruptcy Court
## Northern District of California

In re  **PYNQ Logistics Services, INC.**  Case No. _____

Debtor(s)  Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __PYNQ Logistics Services, INC.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Tara Wright**
**3958 W Las Positas Blvd**
**Pleasanton, CA 94588**

**Wayne Arthur Wright Jr.**
**3958 W Las Positas Blvd**
**Pleasanton, CA 94588**

☐ None [*Check if applicable*]

**May 22, 2024**
Date

**/s/ Trang Do**

**Trang Do 339380**
Signature of Attorney or Litigant
Counsel for  **PYNQ Logistics Services, INC.**

**Law Offices of Trang Do**
**1879 Lundy Ave Suite 212**
**San Jose, CA 95131**
**408-770-3176 Fax:408-770-4688**
**trang@trangdolaw.com**

# United States Bankruptcy Court
## Northern District of California

In re  **PYNQ Logistics Services, INC.**

Debtor(s)

Case No.

Chapter  **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Tara Wright**, declare under penalty of perjury that I am the **President** of **PYNQ Logistics Services, INC.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **21** day of **5**, 20 **24**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Tara Wright**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Tara Wright**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Tara Wright**, **President** of this Corporation is authorized and directed to employ **Trang Do 339380**, attorney and the law firm of **Law Offices of Trang Do** to represent the corporation in such bankruptcy case."

Date  **May 22, 2024**

Signed  **/s/ Tara Wright**

**Tara Wright**

Resolution of Board of Directors
of
**PYNQ Logistics Services, INC.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Tara Wright, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Tara Wright, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Tara Wright, President** of this Corporation is authorized and directed to employ **Trang Do 339380**, attorney and the law firm of **Law Offices of Trang Do** to represent the corporation in such bankruptcy case.

Date  **May 22, 2024**                          Signed   **/s/ Tara Wright**

Date  _____              Signed   _____